UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-293 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| ROBERT ALLEN DELONG, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-293 (PAM)

Defendant Name

Robert Allen Delong

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Michael A. Dees

Dated: July 11, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332