RECEIVED
JUL 1 0 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2007 JUL -6 A 10: 23

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741-0706-1068-0

CASE NUMBER: **CR 00-293(1) PAM/ESS**

Robert Allen Delong

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert Allen Delong

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Mary Kay Furchner, Deputy Clerk — July 5, 2007 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
JUL 12 2007
U.S. DISTRICT COURT MPLS

ARRESTED ON 7-5-07
ARRESTED BY USMS - Dakota Detainer
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________