# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

**FINAL REVOCATION OF SUPERVISED RELEASE NOTICE**

Robert Allen Delong,

**Case Number Crim. 00-293 (PAM/ESS)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom 9E
300 South Fourth St.
Minneapolis, Minnesota 55415

**Before the Honorable Paul A. Magnuson on Tuesday, Janaury 22, 2008 @ 3:00 P.M., for final revocation of supervised release violation.**

RICHARD SLETTEN, CLERK

Dated: January 17, 2008

*s/Suzanne M. Ruiz*
Suzanne M. Ruiz, Calendar Clerk

cc: Michael Dees - A.U.S.A.
Andrew Mohring
U.S. Marshal
U.S. Probation
U.S. Pretrial Services