UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN DeLONG<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 00-293 PAM<br><br>DEFENDANT'S MOTION FOR CORRECTED SENTENCE OR EXTENSION OF DEADLINE TO FILE NOTICE OF APPEAL |

Mr. DeLong, through counsel, moves the Court for an Order correcting the sentence he received for violating the conditions of his supervision or, in the alternative, to extend the deadline for filing a notice of appeal in this case, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure. We ask for the full 30-day extension.

Mr. DeLong pled guilty to bank robbery, in violation of 18 U.S.C. § 3552(a). This offense carries a 20-year maximum punishment, which in turn classifies it as a Class C felony under 18 U.S.C. § 3559(3). The maximum punishment for supervised release revocations in Class C felony cases is two years. 18 U.S.C. § 3583(e)(3).

The disposition imposed by this Court exceeded the statutory maximum. We therefore seek a sentence correction under Rule 35 (a) if the Federal Rules of Criminal Procedure. In the alternative, we request an extension in the deadline for filing a notice of appeal.

A proposed order has been submitted to the Court.

Dated: 30 January 2008

Respectfully submitted,

*s/ Andrew H. Mohring*

Andrew H. Mohring
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415