# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT ALLEN DELONG,
Defendant.

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

Criminal No: 00-293 PAM

I hereby certify that on January 30, 2008, I caused the following document(s):

1. Defendant's Motion for Corrected Sentence or Extension of Deadline to File Notice of Appeal;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael A. Dees
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Paul A. Magnuson

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

SERVED VIA E-MAIL

SERVED VIA U.S. MAIL

Dated: January 30, 2008

*s/ Andrew H. Mohring*

ANDREW H. MOHRING
Attorney ID 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415