UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-293 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| ROBERT ALLEN DELONG, Defendant. | ) | |

Based on the motion for a corrected sentence, IT IS ORDERED that:

The Motion is granted. The sentence imposed on the defendant on January 22, 2008, for violating the conditions of his supervised release, is hereby corrected to **24 months**.

Dated: February 1, 2008

s/Paul A. Magnuson
PAUL A. MAGNUSON
U.S. District Court Judge