USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.

**Robert Allen Delong**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Criminal 00-293 PAM**
USM Number: **31681-045**
Social Security Number: **9427**
Date of Birth: **1959**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT: Robert Allen Delong**

[x] admitted guilt to violation of condition(s): **General Condition** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | Bank Robbery | 2/28/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

2008 JAN 24 P 4:41
US MARSHALS SERVICE RECEIVED

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**January 22, 2008**
Date of Imposition of Judgment

s/Paul A. Magnuson
Signature of Judge

**PAUL A. MAGNUSON**, Senior United States District Judge
Name & Title of Judge

**January 22, 2008**
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 1/24/08
in the United States District Court
for the District of Minnesota.
CERTIFIED, 1/24, 2008.
RICHARD D. SLETTEN
BY: Kim Krulas
Deputy Clerk



SCANNED
JUL 17 2008
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: ROBERT ALLEN DELONG
CASE NUMBER: CRIMINAL 00-293 PAM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **37 months**. No term of supervision to follow as to this case.

This sentence is to run consecutively to sentence imposed in Cr. 07-140 PJS.

[] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 6-16-08 to USP McK

at Pine Knot, KY, with a certified copy of this judgment.

D. L. Stine, Warden
United States Marshal

By K. Williams HE
Deputy United States Marshal